**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:24-cv-00730-KDB**

| | | |
|---|---|---|
| **SARIKO ANTONIO JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FNU LNU,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Sariko Antonio Jones ("Plaintiff") filed this action on or about August 7, 2024, pursuant to 42 U.S.C. § 1983. [Doc. 1]. On initial review of Plaintiff's Complaint, the Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from August 21, 2024, to amend his Complaint in accordance with the terms of the Court's Order. [Doc. 6]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 8].

The deadline has passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is **DISMISSED** without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: October 7, 2024

Kenneth D. Bell
United States District Judge